# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**BARBARA ANN JACKSON,**

    **Plaintiff,**

v.                                                           Case No. 4:17cv534-MW/CAS

**BANK OF NEW YORK MELLON,**
f/k/a Bank of New York,

    **Defendant.**

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 4, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 7. Accordingly

IT IS ORDERED:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's Complaint, ECF No. 1, is **DISMISSED** because it fails to state a claim and this case is barred by the doctrine of *res judicata*." The Clerk shall close the file.

**SO ORDERED** on December 28, 2017.

                                                          **s/ MARK E. WALKER**
                                                          **United States District Judge**